IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC HALL,
        Plaintiff,
    v.                          : Case No. 3:13-cv-131-KRG-KAP
TIMOTHY S. NEW,
        Defendant

## Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 7, 2015, docket no. 33, recommending that the remaining defendant's motion for summary judgment, docket no. 21, be granted.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Reports and Recommendations. No objections were filed and the time to do so has expired.

After review of the record and the Report and Recommendation, and given the lack of objections thereto, the following judgment order is entered:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
ERIC HALL,                          :
            Plaintiff,              :
       v.                           : Case No. 3:13-cv-131-KRG-KAP
TIMOTHY S. NEW,                     :
            Defendant                :
```

JUDGMENT (see Fed.R.Civ.P. 58(b)(1)(C))

AND NOW, this 25th day of February, 2015, it is

ORDERED that defendant New's motion for summary judgment, docket no. 21, is granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Eric Hall
1826 Widener Place
Philadelphia, PA 19141